IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CORY LAMAR ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv640-MHT |
| | ) | (WO) |
| SGT. LATEMA HARRELL, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was a state prisoner, filed this lawsuit asserting that he was beaten by correctional officers in violation of the Eighth Amendment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of June, 2018.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE